IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10983
Conference Calendar
_____

JERRY WAYNE DEAS,

                                        Plaintiff-Appellant,

versus

GARY VANN,

                                        Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:94-CV-687-E
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Jerry Wayne Deas has applied for leave to appeal in forma
pauperis ("IFP") from the district court's order granting Gary
Vann's motion for summary judgment.  Deas contends that his
claims should not be time barred because he had no knowledge that
the alleged violations of his civil rights were actionable until
November 1994.  Deas also contends that the running of the
limitations periods should be equitably tolled.  For reasons
stated by the district court, we hold that Deas has failed to
raise a nonfrivolous issue on appeal.  The application for leave
to appeal IFP is DENIED.  Because the appeal is frivolous, it is
DISMISSED.  5th Cir. R. 42.2.

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

The district court found that the action had been filed for an improper purpose and Deas has been warned that the filing of frivolous appeals will result in the imposition of sanctions. Deas is BARRED from filing any civil appeal in this court, or any initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court or of this court; the clerk of this court and the clerks of all federal district courts in this circuit are directed to return to Deas, unfiled, any attempted submission inconsistent with this bar.

IFP DENIED; APPEAL DISMISSED; SANCTIONS IMPOSED.